FILED
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 2 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:14CR 00061 JLH |
| v. | 8 U.S.C. § 1326(a)<br>18 U.S.C. § 3013<br>18 U.S.C. § 3571 |
| OMAR CANELA-GABRIEL | 18 U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 9, 2013, in the Eastern District of Arkansas, the defendant

OMAR CANELA-GABRIEL

an alien who had previously been deported and removed from the United States on June 10, 2011, was found in the United States in Craighead County, Arkansas, without having obtained the express consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security for re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1